IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RAY WALLACE METTETAL,<br>*Defendant.* | CASE NO. 3:96–cr–50034-1<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, Defendant's motion for expungement (docket no. 359) is **DENIED**.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Memorandum Opinion and accompanying Order to the *pro se* Defendant and all counsel of record.

Entered this \_\_\_22nd\_\_\_ day of June, 2016.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE